UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRENDA DIAZ-ORTEGA, Petitioner | CIVIL DOCKET NO. 1:19-CV-670-P |
| VERSUS | JUDGE DRELL |
| GEORGE H. LUND, III, *ET AL.*, Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 25), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law:

IT IS ORDERED that the Government's Motion to Dismiss (Doc. 12) is DENIED.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus (Doc. 1) is DENIED IN PART to the extent it seeks relief under Zadvydas v. Davis, 533 U.S. 678, 687-88 (2001).

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED IN PART WITHOUT PREJUDICE to Petitioner's right to seek future habeas relief should her circumstances change in accordance with the findings in the Report and Recommendation.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus (Doc. 1) is GRANTED IN PART to the extent it seeks to secure Diaz-Ortega's access to

those procedural rights. IT IS ORDERED that Respondents (and any other officials or entities bound by the provisions of 8 C.F.R. § 241.4) are ORDERED to: (1) conduct a second, or 180-day custody review of Diaz-Ortega's case within 14 DAYS of the date of this Judgment; and (2) afford Diaz-Ortega access to all other provisions of 8 C.F.R. § 241.4.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 13rd day of November, 2019.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**